REXFORD BRABSON (CA SBN 299802)
Rex@t-rexlaw.com
DAVID STEWART (CA SBN 353448)
David@t-rexlaw.com
T-REX LAW, P.C.
7040 Avenida Encinas #104-333
Carlsbad, CA 92011
Telephone: (858) 220-2325

Attorneys for Plaintiff Autotek Inc

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Autotek Inc, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Carlos Janer DBA Autotek, an individual, and DOES 1-10,<br><br>Defendants. | Case No. 2:25-cv-11782<br><br>**COMPLAINT FOR**<br>1. TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION UNDER SECTION 43(a) OF THE LANHAM ACT (15 U.S.C. §1125(a))<br>2. CALIFORNIA UNFAIR COMPETITION AND TRADEMARK INFRINGEMENT (CAL. BUS. & PROF. CODE § 17200 ET SEQ.)<br><br>**DEMAND FOR JURY TRIAL SEEKING STATEWIDE OR NATIONWIDE RELIEF** |

**COMPLAINT**

PLAINTIFF'S COMPLAINT
1

1. Plaintiff, Autotek Inc (hereinafter "Plaintiff"), a California corporation, brings this Complaint against Carlos Janer, DBA Autotek, an individual, and DOES 1-10 (hereinafter "Defendants") for trademark infringement and unfair competition under federal and state law. Plaintiff further intends to seek an injunction preventing Defendants from using the name/trademark AUTOTEK, and any name/trademark that is confusingly similar thereto.

## NATURE OF THE ACTION

2. This is a civil action for (i) direct trademark infringement of Plaintiff's common-law trademark in violation of the Federal Trademark (Lanham) Act, 15 U.S.C. §§ 1051 *et seq.*; (ii) unfair competition in violation of Section 43(a) of the Trademark Act of 1946, as amended (15 U.S.C. § 1125(a)); and (iii) related state and common law claims, arising from Defendants' unauthorized use of Plaintiff's common-law trademark in connection with similar services.

## PARTIES

3. Plaintiff is a corporation organized and existing under the laws of California.

4. Upon information and belief, Defendant Carlos Janer DBA Autotek ("Defendant AutoTek"), is an individual residing in this District, and is doing business under the name "AutoTek".

5. Upon information and belief, Defendants DOES 1-10 are unknown persons and/or entities related to or affiliated with the other listed persons and entities and are the proximate or actual cause of damage to Plaintiff.

6. For the purposes of this Complaint, unless otherwise indicated,

"Defendant", "Defendants", and "Plaintiff", include all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogates, representatives, and insurers of Defendants or Plaintiff named in this caption.

## JURISDICTION AND VENUE

7. This action arises under federal trademark laws, 15 U.S.C. §§ 1125(a), and thus, this Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1121. This Court has supplemental jurisdiction over related state law claims pursuant to 28 U.S.C. § 1367(a) because these claims form part of the same case or controversy.

8. This Court may exercise personal jurisdiction over the Defendants based upon their activities, including their transaction of business, within the Central District of California.

9. Specifically, on information and belief, Defendant Autotek has an address of 140 Linden Ave, Suite 1055, Long Beach, CA 90802, and sells and offers their infringing services from that location.

10. Furthermore, on information and belief, Defendant Autotek offers and promotes their services via their website, Autotek.com, which is available to and accessible by residents in this District.

11. The website's homepage and service descriptions are attached as **Exhibit A**.

12. Venue is proper in this district under 28 U.S.C. § 1391(b)(2), in that Defendant Autotek sells, offers, and transacts their business in this judicial district.

## FACTS

11. Plaintiff's principal, Chris Lull, has been in the business of providing vehicle compliance services under the common-law trademark "AutoTek" in Antelope, California since 1997. Since 1997, Plaintiff used the trademark for licensed smog check compliance services, auto-repairs, and state and federal compliance inspections for vehicles and equipment. Plaintiff's services include certifying vehicles for state emission standards, certifying vehicles for state and federal safety standards, certifying heavy duty diesel trucks and equipment with the California Air Resources Board (CARB). Plaintiff has also offered advisory opinions and recommendations on their customers' vehicle compliance since 1997. In 2012, Plaintiff's principal incorporated AutoTek Inc with the California Secretary of State, assigning all trademark rights to AutoTek to Plaintiff. Plaintiff began using the AUTOTEK trademark in association with the above-mentioned services at least as early as 1997, and that use has been continuous, unbroken, and exclusive from that date to the present.

12. Long Beach, California, where, on information and belief, Defendant provides their infringing services, is within the natural zone of expansion of Plaintiff's common-law trademark. Plaintiff has made plans to move into Los Angeles County and has already secured a DBA for "Autotek" in Los Angeles County in 2024.

13. Plaintiff has marketed their services under the AUTOTEK trademark on websites including 916smog.com, autotek-smog.com, and cavehicleinspections.com since at least as early as February 2002, which websites are available to residents in this District and across the United States. 916smog.com and autotek-smog.com now redirect to cavehicleinspections.com. Screenshots of Plaintiff's website are attached as **Exhibit B**.

14. On information and belief, Defendant offers consulting services in the auto repair industry, including environmental compliance, safety compliance, and compliance with California and Federal laws. Defendant offers these services under the trademark AUTOTEK.

13. Since Plaintiff's date of first use, Plaintiff has vigorously protected and enforced its AUTOTEK trademark. Plaintiff has spent time, money, and energy in protecting and enforcing its AUTOTEK trademark and, in doing so, has built extremely valuable goodwill and notoriety in and to its trademark.

14. Plaintiff's use of the AUTOTEK trademark has been continuous since at least as early as 1997.

15. On information and belief, Defendant did not begin using the infringing trademark AUTOTEK for their services until 2023. The website autotek.com, under which Defendant provides its services, appears to not have been active prior to 2023.

16. Plaintiff's use of Plaintiff's Mark therefore predates and is prior to any use of the name/trademark AUTOTEK by Defendant.

17. Defendant's conduct constitutes trademark infringement under state and federal laws because consumers are likely to be deceived and confused as to the source of Defendant's services, believing those services originate from Plaintiff when indeed they do not.

18. Specifically, Defendants' AUTOTEK name/trademark is identical to Plaintiff's AUTOTEK Mark.

19. Moreover, Defendant's services are similar and/or identical to Plaintiff's services. First, Defendant's services of auto repair shop compliance consulting services are similar in nature to the advisements and recommendations that Plaintiff offers alongside their vehicle compliance services. These

recommendations and advisements are consultative in nature. Therefore, both respective uses of the marks at issue involve consultations for compliance with applicable vehicle laws and safety standards.

20. Second, Defendant's services of vehicle repair shop compliance consulting services are similar to Plaintiff's vehicle compliance services and auto-repairs in that they are both targeted towards the same types of consumers, and are both services aimed at vehicle servicing, compliance, and safety.

21. The services under the respective marks are likely to be provided in similar trade channels.

22. As a result of Defendants' unlawful infringing activities, Plaintiff has suffered irreparable harm, and, unless this Court enjoins Defendants, will continue to suffer irreparable harm for which there is no adequate remedy at law.

## CAUSES OF ACTION

### COUNT I

**Trademark Infringement and Unfair Competition under 15 U.S.C. § 1125– AUTOTEK**

23. Defendants have used and are continuing to use the AUTOTEK name/trademark and the term AUTOTEK in connection with advertisement, promotion, and/or sale of infringing and similar and related services without authorization or license to do so.

24. Defendants' actions constitute infringement of Plaintiff's Mark in violation of 15 U.S.C. § 1125(a).

25. Defendants' use of the AUTOTEK name/trademark and the term AUTOTEK is likely to continue to cause confusion, mistake, and deception

1  among the general public as to the origin of Defendants' services, and is likely to
2  deceive consumers, the public, and the trade into believing that Defendants'
3  services originate from, are associated with, or are otherwise authorized by Plaintiff,
4  in violation of 15 U.S.C. § 1125.

5   26.  As a result of Defendants' infringing activities, Plaintiff has suffered and/or is likely to suffer actual monetary damages, while Defendants have been and continue to be unjustly enriched.

8   27.  As a direct and proximate result of Defendants' infringing actions alleged herein, Defendants have caused substantial monetary loss and irreparable injury and damage to Plaintiff, its business, reputation, and valuable rights in and to Plaintiff's Mark and the goodwill associated therewith, in an amount as yet unknown, but to be determined at trial, and for which Plaintiff has no adequate remedy at law, and unless immediately enjoined, Defendants will continue to cause such substantial and irreparable injury, loss, and damage to Plaintiff and its valuable Marks.

16   28.  Under 15 U.S. Code § 1117(a), violations of 15 U.S.C. 1125(a) entitle the plaintiff to recover Defendant's profits, (2) any damages sustained by the plaintiff, and (3) the costs of the action.

19   29.  Each and every separate act of federal trademark infringement by Defendants constitutes a separate claim herewith.

## COUNT II
### Common Law Unfair Competition/Trademark Infringement (Cal Bus. & Prof. Code § 17200) – AUTOTEK

25   30.  Defendants' unauthorized use of the AUTOTEK name/trademark and the term AUTOTEK constitutes common law unfair

competition and trademark infringement because such use is likely to cause confusion, mistake, or deception as to the source, sponsorship, or approval by Plaintiff of Defendants' vehicle compliance consulting services. Consumers are, for example, likely to believe that Defendants' services originate with Plaintiff, are licensed by Plaintiff, and/or are sponsored by, connected with, or related to Plaintiff.

31. Defendants' infringing activity constitutes unfair competition and trademark infringement in violation of the common law of the State of California. Defendants' actions with respect to Plaintiff's Mark have caused and will continue to cause serious and irreparable injury to Plaintiff, unless enjoined by this Court, including within this State, for which it has no adequate remedy at law.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff asks that this Court grant judgment against Defendants for the following:

A. Issue a permanent injunction against Defendants preventing the use of the term "AUTOTEK"

B. A judgment that Defendants' use of the name/trademark AUTOTEK is likely to confuse consumers and is unfairly competing against Plaintiff and Plaintiff's use of Plaintiff's Mark and is therefore in violation of 15 U.S.C. § 1125(a);

C. A judgment that Defendants' use of the name/trademark AUTOTEK is unfairly competing against Plaintiff and Plaintiff's use of Plaintiff's Mark and is therefore in violation of Cal Bus. & Prof. Code § 17200;

D. Entry of an Order enjoining Defendants from further use of Plaintiff's Mark;

E. Entry of a judgment against Defendants for monetary damages to be proven at trial, including but not limited to statutory damages including damages for willful infringement and/or all amounts necessary to compensate Plaintiff for Defendants' wrongful use of the name/trademark AUTOTEK;

F. Plaintiff to recover its attorneys' fees and costs; and

G. Granting Plaintiff such other and further relief as the Court deems just and proper.

Dated: December 12, 2025

By: /s/ Rexford Brabson
Rexford Brabson, Esq.,
CA SBN 299802
rex@t-rexlaw.com

By: /s/ David Stewart
David Stewart, Esq.,
CA SBN 353448
David@t-rexlaw.com

Attorneys for Plaintiff AutoTek Inc
T-Rex Law, P.C.
7040 Avenida Encinas #104-333
Carlsbad, CA 92011
Telephone: (858) 220-2325

## JURY DEMAND

Plaintiff demands a trial by jury on all issues triable to a jury.

Dated: December 12, 2025

By: /s/ Rexford Brabson
Rexford Brabson, Esq.,
CA SBN 299802
rex@t-rexlaw.com


By: /s/ David Stewart
David Stewart, Esq.,
CA SBN 353448
David@t-rexlaw.com

Attorneys for Plaintiff Autotek Inc
T-Rex Law, P.C.
7040 Avenida Encinas #104-333
Carlsbad, CA 92011
Telephone: (858) 220-2325

# EXHIBIT A

**AutoTek | Environmental+Safety+Compliance Solutions**

Home   About   Offerings   Blog   Contact   Explore More



# Elevating Automotive Compliance

Leading the way in environmental and safety solutions for the automotive industry in California.

Explore More

## Comprehensive Industry Solutions

Tailored solutions to enhance automotive compliance and safety





### Consulting

Expert environmental, safety, and compliance consulting tailored to the automotive sector, ensuring legal adherence and best practices.

### Inspections

Certified inspections of auto lifts and hoists by ALI certified professionals to meet safety standards and regulations.

### Compliance Assistance

Specialized guidance and support for OSHA, EPA, DTSC, and CUPA compliance, helping automotive businesses meet regulatory requirements effectively.



## Our Story

AutoTek | Environmental+Safety+Compliance Solutions is a trusted consulting company with extensive industry experience, specializing in assisting clients in the automotive sector to meet and exceed regulatory requirements at all levels.

Learn More



*AutoTek has been instrumental in keeping our automotive business compliant and safe. Their expertise is unmatched.*

James Smith

## Why AutoTek?

Driven by excellence, AutoTek stands out as the trusted partner in the automotive industry for achieving compliance and safety.



### Expert Guidance

Consult with our seasoned professionals to ensure your automotive business remains compliant with all environmental and safety regulations.

Learn More



## Tailored Solutions

Receive personalized support and custom-tailored solutions to address your specific compliance challenges in the automotive industry.

Learn More



## Start Your Compliance Journey

Contact us today to leverage our expertise and ensure your automotive business operates in full compliance.

Explore More

Copyright © 2025 AutoTek | Environmental+Safety+Compliance Solutions

# EXHIBIT B

| Home | Services | About us | Careers |



# Comprehensive Auto Repair - Maintenance - State Inspections

GAS VEHICLES | EV - HYBRID | DIESEL | FLEET

**Schedule Now**

## OFFERING








## ...AND MORE!

"I can't recommend Autotek enough! This shop has become my go-to for all my automotive needs. Whether it's oil changes, smog checks, or more extensive repairs, the team at Autotek delivers exceptional service every time..."

- Andrew K.

"Autotek has done our SMOGs on both are cars/truck for years now. You don't have to wait long at all. Very friendly. I would recommend them to friends and family. Thanks again Autotek!!"

- Yvonne M.

"...They delivered excellent, very speedy service during my appointment. There is no better STAR certified smog service anywhere."

- RUSS W.

# How to Reach Us

(916) 723-7664   Get Directions



Autotek ™ 1998©
(916) 723-7664
8633 Antelope North Rd, Antelope, CA 95843
7:00AM –5:00PM Monday - Friday
7:00AM – 3:00 PM Saturday
Closed Sunday

     

Privacy Policy