AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Central District of California

| | |
|---|---|
| Autotek Inc. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Carlos Janer DBA Autotek | ) |
| *Defendant* | ) |

Case No.   2:25-cv-11782-ODW-SSC

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Autotek Inc (Plaintiff)                                                                      .

Date:     06/14/2026

/s/ Nabil Samaan
*Attorney's signature*

Nabil Samaan # 170290
*Printed name and bar number*
6110 Auburn Folsom Rd, Granite Bay, CA 95746

*Address*

Bicyclelawyer@proton.net
*E-mail address*

(916) 300-8678
*Telephone number*

*FAX number*