**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Autotek Inc.

                                                    Plaintiff(s)

v.

Carlos Janer DBA Autotek

                                                    Defendant(s)

CASE NUMBER

2:25-cv-11782-ODW

**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

☒  The Court hereby orders that the request of:

Autotek Inc.                          ☒  Plaintiff ☐ Defendant ☐Other _____
_____
*Name of Party*

☒  to substitute  Nabil Samaan _____  who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

6110 Auburn Folsom Rd.
_____

Granite Bay                    *Street Address*    bicyclelawyer@proton.net
_____                              _____
*City, State, Zip*                                 *E-Mail Address*

916-300-8678                                       170290
_____    _____    _____
*Telephone Number*           *Fax Number*           *State Bar Number*

as attorney of record instead of  Rexford Brabson & David Stewart
                                   _____
                                   *List **all** attorneys from same firm or agency who are withdrawing.*

_____

_____

**is hereby** ☒ **GRANTED**   ☐ **DENIED**

☒  The Court hereby orders that the request of | Rexford Brabson & David Stewart |
                                               *List **all** attorneys from same firm or agency who are withdrawing.*

|_____|

to withdraw as attorney of record for | Autotek Inc. |
**is hereby** ☒ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated  _____        _____
                                       U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (02/24)          **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**