# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOTEK, INC<br><br>Plaintiff(s),<br><br>v.<br><br>CARLOS JANER, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:25−cv−11782−ODW−SSC<br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed: 6/16/2026

Document No.: 19

Title of Document: Appearance of Counsel

**ERROR(S) WITH DOCUMENT:**

Attorney is not admitted to the Central District

Other:

**Note: In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: June 18, 2026

By: */s/ BonnieMarie Guillory−Curling*
*BonnieMarie_GuilloryCurling@cacd.uscourts.gov*
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**